**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **ROBERT WATKINS,** § § **Plaintiff** § § **-v-** § § **UNITED COLLECTION BUREAU, INC.** § § **Defendant.** § | **Case No. 1:17-cv-00423** <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

| Dated: June 28, 2017 | Respectfully submitted: <br><br> __/s/_____ <br> Jeffrey D. Mapes (P70509) <br> Jeffrey D. Mapes PLC <br> Attorneys for Plaintiff <br> 29 Pearl St. NW, Ste. 305 <br> Grand Rapids, MI 49503 <br> Tel: (616) 719-3847 <br> Fax: (616) 719-3857 <br> jeff@mapesdebt.com |
|---|---|